# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-640
Lower Tribunal No. 21-2577-T

_____

TRAVIS LOGAN MERCER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Charlotte County.
Peter A. Bell, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.

Jacqulyn Mack-Majka, of Mack Law Firm Chartered, Englewood, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED